MELISSA ARMSTRONG (pro hac vice application pending)
Email: armstrongme@sec.gov
H. NORMAN KNICKLE (pro hac vice application pending)
Email: knicklen@sec.gov
100 F Street, N.E.
Washington, D.C. 20549
Telephone: (202) 551-4724 (Armstrong)
Facsimile: (202) 772-9245
Telephone: (617) 573-5908 (Knickle)
Facsimile: (617) 573-4590

LOCAL COUNSEL:
JOHN B. BULGOZDY, Cal. Bar No. 219897
Email: bulgozdyj@sec.gov
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

Attorneys for Plaintiff
Securities and Exchange Commission

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>FLEET MUTUAL WEALTH LIMITED, and, MWF FINANCIAL LIMITED, d/b/a MUTUAL WEALTH,<br><br>Defendants,<br><br>and<br><br>RISORT PARTNERS, INC., HULLSTAR CAPITAL LLP, CAMBER ALLIANCE LLP, KIMROD ESTATE LLP, and MIDLCORP TRADE LTD.,<br><br>Relief Defendants. | Case No. CV14-01409-DMG(JEMx)<br><br>**DECLARATION OF MELISSA ARMSTRONG REGARDING SERVICE** |

Melissa Armstrong, an attorney, declares and states as follows:

1.      I am a member in good standing of the bars of the States of Texas and New York and am employed as an attorney in the Division of Enforcement of the Securities and Exchange Commission.  I serve as a litigation attorney for the Commission in the above-captioned action.  I have personal knowledge of the facts contained in this Declaration.

2.      "Mutual Wealth" refers collectively to Defendants Fleet Mutual Wealth Limited and MWF Financial Limited.

3.      In accordance with the Court's Temporary Restraining Order dated March 4, 2014, the Commission has served the following documents on each Defendant or Relief Defendant as detailed below.

**Defendant Fleet Mutual Wealth Limited**

4.      On March 5, 2014, I sent emails to Mikhael Salmon at m.salmon@mutualwealth.com attaching: the summons directed to Fleet Mutual Wealth , the Commission's Complaint in this matter, the Court's Temporary Restraining Order, and all other documents electronically filed in this case.  The body of the first email noted the time and date set for the hearing on the Court's order to show cause as well as the deadline for Defendants to file opposing papers.

5.      I sent the same emails to multiple other email addresses associated with Mutual Wealth, specifically: info@mutualwealth.com; wire@mutualwealth.com; clientsupport@mutualwealth.com; wealth@mutualwealth.com; advisor@mutualwealth.com; and j.mccann@mutualwealth.com.  A true and correct copy of these emails (without their attachments) is attached hereto as Exhibit 1.

6.      I received automatic responses to each of my emails to wire@mutualwealth.com and advisor@mutualwealth.com.  I received no indication that any of these emails were not delivered to all addressees.

7.      On March 5, 2014, I caused the Commission to send to Fleet Mutual Wealth by UPS, signature required, a package containing: the summons directed to

Fleet Mutual Wealth, the Commission's Complaint in this matter, the Court's Temporary Restraining Order, and all other documents electronically filed in this case. These documents were addressed to Fleet Mutual Wealth at its Registered Office as listed on its 2012 Annual Report filed with the Hong Kong government. This document was delivered and signed for on March 10, 2014. A true and correct copy of the proof of delivery received from UPS is attached hereto as Exhibit 2.

8.     On March 7, 2014, in accordance with the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Service Convention"), the Commission requested that the Hong Kong Special Administrative Region Government serve on Fleet Mutual Wealth a copy of the summons directed to Fleet Mutual Wealth, the Commission's Complaint in this matter, and the Court's Temporary Restraining Order. As of the date of this filing, that request remains pending.

**Defendant MWF Financial Limited**

9.     On March 6, 2014, I caused the Commission to send by certified mail to MWF Financial, care of the Office of the Secretary of the U.S. Securities and Exchange Commission, a package containing: the summons directed to MWF Financial, the Commission's Complaint in this matter, the Court's Temporary Restraining Order, and all other documents electronically filed in this case. A true and correct copy of the proof of delivery is attached hereto as Exhibit 3. On March 7, 2014, the Office of the Secretary informed me that it had forwarded the documents to MWF Financial.

**Relief Defendant Risort Partners, Inc.**

10.    On March 5, 2014, I sent emails to multiple email addresses associated with Risort Partners, Inc. attaching: the summons directed to Risort Partners, the Commission's Complaint in this matter, the Court's Temporary Restraining Order, and all other documents electronically filed in this case. The body of the first email noted the time and date set for the hearing on the Court's order to show cause as well

as the deadline for Defendants to file opposing papers.  The email addresses (advby@mail.ru; dr.momz@mail.ru; risortpartners@gmail.com) are all listed as contact emails in Risort Partners' bank records bank records from Rietumu Bank.  A true and correct copy of these emails (without their attachments) is attached hereto as Exhibit 4.  I received no indication that any of these emails were not delivered to all addressees.

11.    On March 5, 2014, I caused the Commission to send to Risort Partners by UPS, signature required, a package containing: the summons directed to Risort Partners, the Commission's Complaint in this matter, the Court's Temporary Restraining Order, and all other documents electronically filed in this case.  These documents were addressed to Risort Partners at an address in Monaco listed on Risort Partners' bank records from Rietumu Bank.  UPS has reported that it was unable to deliver the package because the address does not exist.

12.    On March 6, 2015, I caused the Commission to send to Risort Partners by FedEx, signature required, a package containing: the summons directed to Risort Partners, the Commission's Complaint in this matter, the Court's Temporary Restraining Order, and all other documents electronically filed in this case.  These documents were addressed to Risort Partners at an address in Panama listed on its bank records from Reitumu Bank.  FedEx has reported that it could not deliver this package because the recipient refused to accept delivery.

13.    On March 6, 2015, the Commission requested that the Clerk of the Court serve on Risort Partners, in accordance with Federal Rule of Civil Procedure 4(f)(2)(c)(ii), a package containing the summons directed to Risort Partners, the Commission's Complaint in this matter, the Court's Temporary Restraining Order, and all other documents electronically filed in this case.  *See* Docket No. 18.  As of the date of this filing, the Commission is does not know whether the package mailed from the Clerk of the Court has been delivered.

///

**Relief Defendant Hullstar Capital LLP**

14.     On March 5, 2014, I caused the Commission to send to Hullstar Capital by UPS, signature required, a package containing: the summons directed to Hullstar Capital, the Commission's Complaint in this matter, the Court's Temporary Restraining Order, and all other documents electronically filed in this case. These documents were addressed to Hullstar Capital at its registered address in the United Kingdom. UPS has reported that it was unable to deliver the package because the recipient has moved.

15.     The Commission has retained a process server to effect service of process on Hullstar Capital in accordance with UK law. A copy of the process server's declaration will be filed separately with the Court when it is received.

16.     The Commission is preparing a request, in accordance with the Hague Convention, that the Senior Master of the Royal Court of Justice in the United Kingdom serve on Hullstar Capital: the summons directed to Hullstar Capital, the Commission's Complaint in this matter, the Court's Temporary Restraining Order. The Commission expects that request to be complete on or around March 17, 2014.

**Relief Defendant Camber Alliance**

17.     On March 5, 2014, I caused the Commission to send to Camber Alliance by UPS, signature required, a package containing: the summons directed to Camber Alliance, the Commission's Complaint in this matter, the Court's Temporary Restraining Order, and all other documents electronically filed in this case. These documents were addressed to Camber Alliance at its registered address in the United Kingdom. The package was delivered on March 7, 2014. A true and correct copy of the proof of delivery is attached hereto as Exhibit 5.

18.     The Commission has retained a process server to effect service of process on Camber Alliance in accordance with UK law. A copy of the process server's declaration will be filed separately with the Court when it is received.

19.     The Commission is preparing a request, in accordance with the Hague Convention, that the Senior Master of the Royal Court of Justice in the United Kingdom serve on Camber Alliance: the summons directed to Camber Alliance, the Commission's Complaint in this matter, the Court's Temporary Restraining Order. The Commission expects that request to be complete on or around March 17, 2014.

**Relief Defendant Kimrod Estate**

20.     On March 5, 2014, I caused the Commission to send to Kimrod Estate by UPS, signature required, a package containing: the summons directed to Kimrod Estate, the Commission's Complaint in this matter, the Court's Temporary Restraining Order, and all other documents electronically filed in this case.  These documents were addressed to Kimrod Estate at its registered address in the United Kingdom.  The package was delivered on March 7, 2014.  A true and correct copy of the proof of delivery is attached hereto as Exhibit 6.

21.     The Commission has retained a process server to effect service of process on Kimrod Estate in accordance with UK law.  A copy of the process server's declaration is being separately filed with the Court when it is received.  (The same processor server served both Camber Alliance and Kimrod Estate and will submit a single declaration.)

22.     The Commission is preparing a request, in accordance with the Hague Convention, that the Senior Master of the Royal Court of Justice in the United Kingdom serve on Kimrod Estate: the summons directed to Kimrod Estate, the Commission's Complaint in this matter, the Court's Temporary Restraining Order. The Commission expects that request to be complete on or around March 17, 2014.

**Relief Defendant Midlcorp Trade Ltd.**

23.     On March 5, 2014, I caused the Commission to send to Midlcorp Trade by UPS, signature required, a package containing: the summons directed to Midlcorp Trade, the Commission's Complaint in this matter, the Court's Temporary Restraining Order, and all other documents electronically filed in this case.  These

documents were addressed to Midlcorp Trade at its registered address in the United Kingdom.  The package was delivered on March 7, 2014.  A true and correct copy of the proof of delivery is attached hereto as Exhibit 7.

24.   The Commission has retained a process server to effect service of process on Midlcorp Trade in accordance with UK law.  A copy of the process server's declaration is being separately filed with the Court when it is received.  (The same processor server served both Hullstar Capital and Midlcorp Trade and will submit a single declaration.)

25.   The Commission is preparing a request, in accordance with the Hague Convention, that the Senior Master of the Royal Court of Justice in the United Kingdom serve on Midlcorp Trade: the summons directed to Midlcorp Trade, the Commission's Complaint in this matter, the Court's Temporary Restraining Order.  The Commission expects that request to be complete on or around March 17, 2014.

**Mutual Wealth's Actual Notice**

26.   Since the Court issued the Temporary Restraining Order, many Mutual Wealth investors have contacted the Commission regarding this case.  Several of these investors have forwarded to the Commission emails they have received from Mutual Wealth regarding this case.  Mutual Wealth's emails acknowledge that it is aware of this case and the Court's Temporary Restraining Order, although Mutual Wealth misrepresents to investors that it has appeared in this case and quashed the Court's Temporary Restraining Order.  A true and correct copy of a typical email from Mutual Wealth to an investor demonstrating Mutual Wealth's actual knowledge of the Court's TRO is attached as Exhibit 8.

27.   Since the Court issued the Temporary Restraining Order, the Commission has also received from an investor an email from Mutual Wealth in which Mutual Wealth admits that it controls Relief Defendants Hullstar Capital and Risort Partners.  Specifically a Mutual Wealth representative told the investor that Mutual Wealth had "restructured Hullstar Capital LLP," that Hullstar is now doing

6

business as Risort Partners, Inc., and that both companies are part of "Fleet Mutual Wealth Group."  A true and correct copy of this email is attached as Exhibit 9.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 13, 2014, in Washington, DC.

/s/Melissa Armstrong
Melissa Armstrong

# EXHIBIT 1

| From: | Armstrong, Melissa |
|---|---|
| To: | m.salmon@mutualwealth.com; info@mutualwealth.com; wire@mutualwealth.com; clientsupport@mutualwealth.com; wealth@mutualwealth.com; advisor@mutualwealth.com; j.mccann@mutualwealth.com |
| Cc: | Armstrong, Melissa; Knickle, Norman |
| Subject: | SEC v. Fleet Mutual Wealth, No. 14-01409-DMG-JEM |
| Date: | Wednesday, March 05, 2014 6:07:42 PM |
| Attachments: | 2014-02-25 01 Complaint.pdf |
| | 2014-03-04 18 TRO signed.pdf |
| | Fleet Mutual Wealth Summons.pdf |

Please see the attached summons, complaint and temporary restraining order.

Please take note that on **March 17, 2014 at 11:30 a.m.**, in Courtroom 7 of the United States Court House for the Central District of California, 312 N. Spring Street, Los Angeles, California 90012, Defendants, including Fleet Mutual Wealth Limited, shall appear before the Court to show cause, if there be any, why a preliminary injunction should not be granted. Any declarations, affidavits, points and authorities, or other submissions in opposition to the issuance of such an Order shall be filed with the Court and delivered to the Commission's Los Angeles office no later than **March 10, 2014**.

I will separately serve all other documents that currently appear on the Pacer docket sheet for this case.

Melissa Armstrong
Assistant Chief Litigation Counsel
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
202.551.4724
armstrongme@sec.gov

Exhibit 1 Page 8

| From: | Armstrong, Melissa |
|---|---|
| To: | m.salmon@mutualwealth.com; info@mutualwealth.com; wire@mutualwealth.com; clientsupport@mutualwealth.com; wealth@mutualwealth.com; advisor@mutualwealth.com; j.mccann@mutualwealth.com |
| Cc: | Armstrong, Melissa; Knickle, Norman |
| Subject: | RE: SEC v. Fleet Mutual Wealth, No. 14-01409-DMG-JEM (Docket Nos. 2-11) |
| Date: | Wednesday, March 05, 2014 6:27:26 PM |
| Attachments: | 2014-02-25 02 Summons.pdf |
| | 2014-02-25 03 Cert of Interested Parties.pdf |
| | 2014-02-25 04 Ex Parte App for TRO.pdf |
| | 2014-02-25 05 Mem iso Ex Parte App for TRO.pdf |
| | 2014-02-25 06 App to file Dec Under Seal.pdf |
| | 2014-02-25 07 Knickle PHV App.pdf |
| | 2014-02-25 08 Armstrong PHV App.pdf |
| | 2014-02-25 09 ADR Notice.pdf |
| | 2014-02-25 10 Knickle PHV Order.pdf |
| | 2014-02-25 11 Armstrong PHV Order.pdf |

Attached are documents associated with docket numbers 2-11 on the Pacer docket sheet for this case. Additional emails to follow.

**From:** Armstrong, Melissa
**Sent:** Wednesday, March 05, 2014 6:08 PM
**To:** m.salmon@mutualwealth.com; info@mutualwealth.com; wire@mutualwealth.com; clientsupport@mutualwealth.com; wealth@mutualwealth.com; advisor@mutualwealth.com; j.mccann@mutualwealth.com
**Cc:** Armstrong, Melissa; Knickle, Norman
**Subject:** SEC v. Fleet Mutual Wealth, No. 14-01409-DMG-JEM

Please see the attached summons, complaint and temporary restraining order.

Please take note that on **March 17, 2014 at 11:30 a.m.**, in Courtroom 7 of the United States Court House for the Central District of California, 312 N. Spring Street, Los Angeles, California 90012, Defendants, including Fleet Mutual Wealth Limited, shall appear before the Court to show cause, if there be any, why a preliminary injunction should not be granted. Any declarations, affidavits, points and authorities, or other submissions in opposition to the issuance of such an Order shall be filed with the Court and delivered to the Commission's Los Angeles office no later than **March 10, 2014**.

I will separately serve all other documents that currently appear on the Pacer docket sheet for this case.

Melissa Armstrong
Assistant Chief Litigation Counsel
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
202.551.4724
armstrongme@sec.gov

Exhibit 1 Page 9

| | |
|---|---|
| **From:** | Armstrong, Melissa |
| **To:** | m.salmon@mutualwealth.com; info@mutualwealth.com; wire@mutualwealth.com; clientsupport@mutualwealth.com; wealth@mutualwealth.com; advisor@mutualwealth.com; j.mccann@mutualwealth.com |
| **Cc:** | Armstrong, Melissa; Knickle, Norman |
| **Subject:** | RE: SEC v. Fleet Mutual Wealth, No. 14-01409-DMG-JEM (Docket No. 12 - 12-7) |
| **Date:** | Wednesday, March 05, 2014 6:30:19 PM |
| **Attachments:** | 2014-02-26 12 Knickle Dec (redacted).pdf |
| | 2014-02-26 12-1 (MW Website).pdf |
| | 2014-02-26 12-2 (MW Brochures).pdf |
| | 2014-02-26 12-3 (Wiring Instructions).pdf |
| | 2014-02-26 12-4 (Wiring Instructions).pdf |
| | 2014-02-26 12-5 (Bank of Cyprus Bank Statement).pdf |
| | 2014-02-26 12-6 (Salmon Passport).pdf |
| | 2014-02-26 12-7 (Rietumu Bank Records).pdf |

Attached are documents associated with docket numbers 12 – 12-7 on the Pacer docket sheet for this case.  Additional emails to follow.

---

**From:** Armstrong, Melissa
**Sent:** Wednesday, March 05, 2014 6:27 PM
**To:** m.salmon@mutualwealth.com; info@mutualwealth.com; wire@mutualwealth.com; clientsupport@mutualwealth.com; wealth@mutualwealth.com; advisor@mutualwealth.com; j.mccann@mutualwealth.com
**Cc:** Armstrong, Melissa; Knickle, Norman
**Subject:** RE: SEC v. Fleet Mutual Wealth, No. 14-01409-DMG-JEM (Docket Nos. 2-11)

Attached are documents associated with docket numbers 2-11 on the Pacer docket sheet for this case.  Additional emails to follow.

---

**From:** Armstrong, Melissa
**Sent:** Wednesday, March 05, 2014 6:08 PM
**To:** m.salmon@mutualwealth.com; info@mutualwealth.com; wire@mutualwealth.com; clientsupport@mutualwealth.com; wealth@mutualwealth.com; advisor@mutualwealth.com; j.mccann@mutualwealth.com
**Cc:** Armstrong, Melissa; Knickle, Norman
**Subject:** SEC v. Fleet Mutual Wealth, No. 14-01409-DMG-JEM

Please see the attached summons, complaint and temporary restraining order.

Please take note that on **March 17, 2014 at 11:30 a.m.**, in Courtroom 7 of the United States Court House for the Central District of California, 312 N. Spring Street, Los Angeles, California 90012, Defendants, including Fleet Mutual Wealth Limited, shall appear before the Court to show cause, if there be any, why a preliminary injunction should not be granted. Any declarations, affidavits, points and authorities, or other submissions in opposition to the issuance of such an Order shall be filed with the Court and delivered to the Commission's Los Angeles office no later than **March 10, 2014**.

I will separately serve all other documents that currently appear on the Pacer docket sheet for this case.

---

Exhibit 1 Page 10

Melissa Armstrong
Assistant Chief Litigation Counsel
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
202.551.4724
armstrongme@sec.gov

Exhibit 1 Page 11

| From: | Armstrong, Melissa |
|---|---|
| To: | m.salmon@mutualwealth.com; info@mutualwealth.com; wire@mutualwealth.com; clientsupport@mutualwealth.com; wealth@mutualwealth.com; advisor@mutualwealth.com; j.mccann@mutualwealth.com |
| Cc: | Armstrong, Melissa; Knickle, Norman |
| Subject: | RE: SEC v. Fleet Mutual Wealth, No. 14-01409-DMG-JEM (Docket No. 12-8 - 12-17) |
| Date: | Wednesday, March 05, 2014 6:32:24 PM |
| Attachments: | 2014-02-26 12-8 (Forms D).pdf |
| | 2014-02-26 12-9 (Email Asserting SEC Registration).pdf |
| | 2014-02-26 12-10 (MW Facebook Page).pdf |
| | 2014-02-26 12-11 (AA Youtube Video).pdf |
| | 2014-02-26 12-12 (Fox Investor List).pdf |
| | 2014-02-26 12-13 (MW Twitter Page).pdf |
| | 2014-02-26 12-14 (Payoneer Due Diligence Papers).pdf |
| | 2014-02-26 12-15 (Fleet Annual Return).pdf |
| | 2014-02-26 12-16 (MWF Certificate of Incorporation).pdf |
| | 2014-02-26 12-17 (USPS Response).pdf |

Attached are documents associate with docket numbers 12-8 – 12-17 on the Pacer docket sheet for this case.  Final email to follow.

Melissa Armstrong | 202.551.4724

**From:** Armstrong, Melissa
**Sent:** Wednesday, March 05, 2014 6:30 PM
**To:** m.salmon@mutualwealth.com; info@mutualwealth.com; wire@mutualwealth.com; clientsupport@mutualwealth.com; wealth@mutualwealth.com; advisor@mutualwealth.com; j.mccann@mutualwealth.com
**Cc:** Armstrong, Melissa; Knickle, Norman
**Subject:** RE: SEC v. Fleet Mutual Wealth, No. 14-01409-DMG-JEM (Docket No. 12 - 12-7)

Attached are documents associated with docket numbers 12 – 12-7 on the Pacer docket sheet for this case.  Additional emails to follow.

**From:** Armstrong, Melissa
**Sent:** Wednesday, March 05, 2014 6:27 PM
**To:** m.salmon@mutualwealth.com; info@mutualwealth.com; wire@mutualwealth.com; clientsupport@mutualwealth.com; wealth@mutualwealth.com; advisor@mutualwealth.com; j.mccann@mutualwealth.com
**Cc:** Armstrong, Melissa; Knickle, Norman
**Subject:** RE: SEC v. Fleet Mutual Wealth, No. 14-01409-DMG-JEM (Docket Nos. 2-11)

Attached are documents associated with docket numbers 2-11 on the Pacer docket sheet for this case.  Additional emails to follow.

**From:** Armstrong, Melissa
**Sent:** Wednesday, March 05, 2014 6:08 PM
**To:** m.salmon@mutualwealth.com; info@mutualwealth.com; wire@mutualwealth.com; clientsupport@mutualwealth.com; wealth@mutualwealth.com; advisor@mutualwealth.com; j.mccann@mutualwealth.com
**Cc:** Armstrong, Melissa; Knickle, Norman
**Subject:** SEC v. Fleet Mutual Wealth, No. 14-01409-DMG-JEM

Please see the attached summons, complaint and temporary restraining order.

Exhibit 1 Page 12

Please take note that on **March 17, 2014 at 11:30 a.m.,** in Courtroom 7 of the United States Court House for the Central District of California, 312 N. Spring Street, Los Angeles, California 90012, Defendants, including Fleet Mutual Wealth Limited, shall appear before the Court to show cause, if there be any, why a preliminary injunction should not be granted. Any declarations, affidavits, points and authorities, or other submissions in opposition to the issuance of such an Order shall be filed with the Court and delivered to the Commission's Los Angeles office no later than **March 10, 2014.**

I will separately serve all other documents that currently appear on the Pacer docket sheet for this case.

Melissa Armstrong
Assistant Chief Litigation Counsel
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
202.551.4724
armstrongme@sec.gov

Exhibit 1 Page 13

| | |
|---|---|
| **From:** | Armstrong, Melissa |
| **To:** | m.salmon@mutualwealth.com; info@mutualwealth.com; wire@mutualwealth.com; clientsupport@mutualwealth.com; wealth@mutualwealth.com; advisor@mutualwealth.com; j.mccann@mutualwealth.com |
| **Cc:** | Armstrong, Melissa; Knickle, Norman |
| **Subject:** | RE: SEC v. Fleet Mutual Wealth, No. 14-01409-DMG-JEM (Docket Nos. 13-18 and docket report) |
| **Date:** | Wednesday, March 05, 2014 6:34:38 PM |
| **Attachments:** | 2014-02-26 13 Notice of Lodging Amended Proposed TRO.pdf |
| | 2014-02-26 13-1 (Amended Proposed TRO).pdf |
| | 2014-02-26 14 Supplemental Knickle Dec.pdf |
| | 2014-02-26 15 Minutes.pdf |
| | 2014-02-26 16 Minutes.pdf |
| | 2014-03-04 17 Minutes.pdf |
| | 2014-03-04 18 TRO signed.pdf |
| | 2014-03-05 Docket Report.pdf |

Attached are documents associate with docket numbers 13-18 on the Pacer docket sheet for this case as well as the current Pacer docket report for this case.

**From:** Armstrong, Melissa
**Sent:** Wednesday, March 05, 2014 6:32 PM
**To:** m.salmon@mutualwealth.com; info@mutualwealth.com; wire@mutualwealth.com; clientsupport@mutualwealth.com; wealth@mutualwealth.com; advisor@mutualwealth.com; j.mccann@mutualwealth.com
**Cc:** Armstrong, Melissa; Knickle, Norman
**Subject:** RE: SEC v. Fleet Mutual Wealth, No. 14-01409-DMG-JEM (Docket No. 12-8 - 12-17)

Attached are documents associate with docket numbers 12-8 – 12-17 on the Pacer docket sheet for this case.  Final email to follow.

**From:** Armstrong, Melissa
**Sent:** Wednesday, March 05, 2014 6:30 PM
**To:** m.salmon@mutualwealth.com; info@mutualwealth.com; wire@mutualwealth.com; clientsupport@mutualwealth.com; wealth@mutualwealth.com; advisor@mutualwealth.com; j.mccann@mutualwealth.com
**Cc:** Armstrong, Melissa; Knickle, Norman
**Subject:** RE: SEC v. Fleet Mutual Wealth, No. 14-01409-DMG-JEM (Docket No. 12 - 12-7)

Attached are documents associated with docket numbers 12 – 12-7 on the Pacer docket sheet for this case.  Additional emails to follow.

**From:** Armstrong, Melissa
**Sent:** Wednesday, March 05, 2014 6:27 PM
**To:** m.salmon@mutualwealth.com; info@mutualwealth.com; wire@mutualwealth.com; clientsupport@mutualwealth.com; wealth@mutualwealth.com; advisor@mutualwealth.com; j.mccann@mutualwealth.com
**Cc:** Armstrong, Melissa; Knickle, Norman
**Subject:** RE: SEC v. Fleet Mutual Wealth, No. 14-01409-DMG-JEM (Docket Nos. 2-11)

Attached are documents associated with docket numbers 2-11 on the Pacer docket sheet for this case.  Additional emails to follow.

Exhibit 1 Page 14

**From:** Armstrong, Melissa
**Sent:** Wednesday, March 05, 2014 6:08 PM
**To:** m.salmon@mutualwealth.com; info@mutualwealth.com; wire@mutualwealth.com; clientsupport@mutualwealth.com; wealth@mutualwealth.com; advisor@mutualwealth.com; j.mccann@mutualwealth.com
**Cc:** Armstrong, Melissa; Knickle, Norman
**Subject:** SEC v. Fleet Mutual Wealth, No. 14-01409-DMG-JEM

Please see the attached summons, complaint and temporary restraining order.

Please take note that on **March 17, 2014 at 11:30 a.m.**, in Courtroom 7 of the United States Court House for the Central District of California, 312 N. Spring Street, Los Angeles, California 90012, Defendants, including Fleet Mutual Wealth Limited, shall appear before the Court to show cause, if there be any, why a preliminary injunction should not be granted. Any declarations, affidavits, points and authorities, or other submissions in opposition to the issuance of such an Order shall be filed with the Court and delivered to the Commission's Los Angeles office no later than **March 10, 2014**.

I will separately serve all other documents that currently appear on the Pacer docket sheet for this case.

Melissa Armstrong
Assistant Chief Litigation Counsel
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
202.551.4724
armstrongme@sec.gov

Exhibit 1 Page 15

# EXHIBIT 2



## Delivery Notification

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number:** 1Z A41 W65 D9 9088 275 8
**Reference Number(s):** A41W65SX7B4
**Service:** UPS SAVER
**Special Instructions:** SIGNATURE REQUIRED
**Weight:** 3.00 Lbs
**Shipped/Billed On:** 03/05/2014
**Delivered On:** 03/10/2014 11:42 A.M.
**Delivered To:** ASIAN CORPORATE SERVICES
20 QUEEN'S CENTRAL RD
801
CENTRAL, HK   35000
**Signed By:** MS LEE

**Location:** OFFICE

Thank you for giving us this opportunity to serve you.

Sincerely,
UPS

Tracking results provided by UPS:   03/10/2014 4:37 P.M.   ET

Exhibit 2 Page 16

# EXHIBIT 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MWF Financial Limited
c/o Office of the Secretary
Attn: Kevin O'Neill
U.S. Securities and Exchange Commission
100 F Street NE
Mail Stop 1090
Washington, DC 20549

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

RECEIVED
MAR 07 2014
PROCESSING

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Exhibit 3 Page 17

2. Article Number
   (Transfer from service label)

7012 1640 0000 8953 6486

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Securities & Exchange Commission
100 F Street, NE
Washington DC 20549
Stop 6561 – Alma Rodriguez

OFFICIAL MAIL

Exhibit 3 Page 18

# EXHIBIT 4

| From: | Armstrong, Melissa |
|---|---|
| To: | advbv@mail.ru; dr.momz@mail.ru; risortpartners@gmail.com |
| Cc: | Armstrong, Melissa; Knickle, Norman |
| Subject: | SEC v. Fleet Mutual Wealth, No. 14-01409-DMG-JEM |
| Date: | Wednesday, March 05, 2014 6:23:19 PM |
| Attachments: | 2014-02-25 01 Complaint.pdf |
| | 2014-03-04 18 TRO signed.pdf |
| | Risort Partners Summons.pdf |

Please see the attached summons, complaint and temporary restraining order.

Please take note that on **March 17, 2014 at 11:30 a.m.**, in Courtroom 7 of the United States Court House for the Central District of California, 312 N. Spring Street, Los Angeles, California 90012, Defendants, including Relief Defendant Risort Partners, Inc., shall appear before the Court to show cause, if there be any, why a preliminary injunction should not be granted. Any declarations, affidavits, points and authorities, or other submissions in opposition to the issuance of such an Order shall be filed with the Court and delivered to the Commission's Los Angeles office no later than **March 10, 2014.**

I will separately serve all other documents that currently appear on the Pacer docket sheet for this case.

Melissa Armstrong
Assistant Chief Litigation Counsel
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
202.551.4724
armstrongme@sec.gov

Exhibit 4 Page 19

| | |
|---|---|
| **From:** | Armstrong, Melissa |
| **To:** | advby@mail.ru; dr.momz@mail.ru; risortpartners@gmail.com |
| **Cc:** | Armstrong, Melissa; Knickle, Norman |
| **Subject:** | SEC v. Fleet Mutual Wealth, et al., No. 14-01409-DMG-JEM (Docket Nos. 2-11) |
| **Date:** | Wednesday, March 05, 2014 6:36:52 PM |
| **Attachments:** | 2014-02-25 02 Summons.pdf |
| | 2014-02-25 03 Cert of Interested Parties.pdf |
| | 2014-02-25 04 Ex Parte App for TRO.pdf |
| | 2014-02-25 05 Mem iso Ex Parte App for TRO.pdf |
| | 2014-02-25 06 App to file Dec Under Seal.pdf |
| | 2014-02-25 07 Knickle PHV App.pdf |
| | 2014-02-25 08 Armstrong PHV App.pdf |
| | 2014-02-25 09 ADR Notice.pdf |
| | 2014-02-25 10 Knickle PHV Order.pdf |
| | 2014-02-25 11 Armstrong PHV Order.pdf |

Attached are documents associated with docket numbers 2-11 on the Pacer docket sheet for this case.  Additional emails to follow.


Melissa Armstrong
Assistant Chief Litigation Counsel
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
202.551.4724
armstrongme@sec.gov

Exhibit 4 Page 20

| | |
|---|---|
| **From:** | Armstrong, Melissa |
| **To:** | advbv@mail.ru; dr.momz@mail.ru; risortpartners@gmail.com |
| **Cc:** | Armstrong, Melissa; Knickle, Norman |
| **Subject:** | SEC v. Fleet Mutual Wealth, et al., No. 14-01409-DMG-JEM (Docket No. 12 - 12-7) |
| **Date:** | Wednesday, March 05, 2014 6:38:02 PM |
| **Attachments:** | 2014-02-26 12 Knickle Dec (redacted).pdf |
| | 2014-02-26 12-1 (MW Website).pdf |
| | 2014-02-26 12-2 (MW Brochures).pdf |
| | 2014-02-26 12-3 (Wiring Instructions).pdf |
| | 2014-02-26 12-4 (Wiring Instructions).pdf |
| | 2014-02-26 12-5 (Bank of Cyprus Bank Statement).pdf |
| | 2014-02-26 12-6 (Salmon Passport).pdf |
| | 2014-02-26 12-7 (Rietumu Bank Records).pdf |

Attached are documents associated with docket numbers 12 – 12-7 on the Pacer docket sheet for this case.  Additional emails to follow.

Melissa Armstrong
Assistant Chief Litigation Counsel
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
202.551.4724
armstrongme@sec.gov

Exhibit 4 Page 21

**From:**      Armstrong, Melissa
**To:**        advby@mail.ru; dr.momz@mail.ru; risortpartners@gmail.com
**Cc:**        Armstrong, Melissa; Knickle, Norman
**Subject:**   SEC v. Fleet Mutual Wealth, et al., No. 14-01409-DMG-JEM (Docket No. 12-8 - 12-17)
**Date:**      Wednesday, March 05, 2014 6:39:08 PM
**Attachments:**  2014-02-26 12-8 (Forms D).pdf
               2014-02-26 12-9 (Email Asserting SEC Registration).pdf
               2014-02-26 12-10 (MW Facebook Page).pdf
               2014-02-26 12-11 (AA Youtube Video).pdf
               2014-02-26 12-12 (Fox Investor List).pdf
               2014-02-26 12-13 (MW Twitter Page).pdf
               2014-02-26 12-14 (Payoneer Due Diligence Papers).pdf
               2014-02-26 12-15 (Fleet Annual Return).pdf
               2014-02-26 12-16 (MWF Certificate of Incorporation).pdf
               2014-02-26 12-17 (USPS Response).pdf

Attached are documents associated with docket numbers 12-8 – 12-17 on the Pacer docket sheet for this case.  Final email to follow.

Melissa Armstrong
Assistant Chief Litigation Counsel
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
202.551.4724
armstrongme@sec.gov

Exhibit 4 Page 22

| From: | Armstrong, Melissa |
|---|---|
| To: | advbv@mail.ru; dr.momz@mail.ru; risortpartners@gmail.com |
| Cc: | Armstrong, Melissa; Knickle, Norman |
| Subject: | FW: SEC v. Fleet Mutual Wealth, et al., No. 14-01409-DMG-JEM (Docket Nos. 13-18 and docket report) |
| Date: | Wednesday, March 05, 2014 6:40:22 PM |
| Attachments: | 2014-02-26 13 Notice of Lodging Amended Proposed TRO.pdf |
| | 2014-02-26 13-1 (Amended Proposed TRO).pdf |
| | 2014-02-26 14 Supplemental Knickle Dec.pdf |
| | 2014-02-26 15 Minutes.pdf |
| | 2014-02-26 16 Minutes.pdf |
| | 2014-03-04 17 Minutes.pdf |
| | 2014-03-04 18 TRO signed.pdf |
| | 2014-03-05 Docket Report.pdf |

Attached are documents associated with docket numbers 13-18 on the Pacer docket sheet for this case as well as the current Pacer docket report for this case.

Melissa Armstrong
Assistant Chief Litigation Counsel
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
202.551.4724
armstrongme@sec.gov

Exhibit 4 Page 23

# EXHIBIT 5



ATTN : ALMA RODRIGUEZ
PHONE : (202)551-4711

## DELIVERY NOTIFICATION

| INQUIRY FROM: | ALMA RODRIGUEZ |
| | UNITED STATES SEC & EXCH COM |
| | 6432 GERNERAL GREEN WAY SECHQ1 |
| | ALEXANDRIA  VA 22312 |

| SHIPMENT TO: | REPRESENTATIVE |
| | CAMBER ALL |
| | 45 NEWHALL STR |
| | BIRMINGHAM    B3 3 |

Shipper Number...........................**A41W65**          Tracking Identification Number...**1ZA41W65D993483639**

According to our records 1 parcel was delivered on 03/07/14 at 11:11 A.M., and left at OFFICE.  The shipment was signed for by ERICA as follows:

| SHIPPER NUMBER | PKG ID NO. | TRACKING NUMBER | ADDRESS (NO/STREET,CITY) | SIGNATURE |
|---|---|---|---|---|
| A41W65 | | 1ZA41W65D993483639 | 45 NEWHALL STR BIRMINGHAM | |

TUS2806:000A0000

Exhibit 5 Page 24

# EXHIBIT 6



ATTN : ALMA RODRIGUEZ
PHONE : (202)551-4711

## DELIVERY NOTIFICATION

INQUIRY FROM:  ALMA RODRIGUEZ
UNITED STATES SEC & EXCH COM
6432 GERNERAL GREEN WAY SECHQ1
ALEXANDRIA  VA 22312

| SHIPMENT TO: | REPRESENTATIVE<br>KIMROD EST<br>51 NEWHALL STR<br>BIRMINGHAM    B3 3 |
|---|---|
| Shipper Number...........................**A41W65** | Tracking Identification Number...**1ZA41W65D990306246** |

According to our records 1 parcel was delivered on 03/07/14 at 11:12 A.M., and left at OFFICE.  The shipment was signed for by ERICA as follows:

| SHIPPER NUMBER | PKG ID NO. | TRACKING NUMBER | ADDRESS (NO/STREET,CITY) | SIGNATURE |
|---|---|---|---|---|
| A41W65 | | 1ZA41W65D990306246 | 51 NEWHALL STR BIRMINGHAM | |

TUS2806:000A0000

Exhibit 6 Page 25

# EXHIBIT 7



Shipper A41W65
Page 1 of 1

ATTN : ALMA RODRIGUEZ
PHONE : (202)551-4711

## DELIVERY NOTIFICATION

INQUIRY FROM:    ALMA RODRIGUEZ
                 UNITED STATES SEC & EXCH COM
                 6432 GERNERAL GREEN WAY SECHQ1
                 ALEXANDRIA  VA 22312

| SHIPMENT TO: | REPRESENTATIVE HOLD EVERYTHING 207 REGENT ST FL 3 LONDON   W1B3HH |
|---|---|
| Shipper Number..........................**A41W65** | Tracking Identification Number...**1ZA41W65D993433853** |

According to our records 1 parcel was delivered on 03/07/14 at 2:47 P.M..  The shipment was signed for by RICHARD, and left at OFFICE.

TUS2806:000A0000

Exhibit 7 Page 26

# EXHIBIT 8

On Friday, March 7, 2014 1:04 AM, Mitchelle Msithini
<m.msithini@mutualwealth.com> wrote:

## Hi Brigida,

Our counsel appeared in Court yesterday and the order was quashed. The matter is now resolved and SEC will be doing a press release on this shortly.

Your money is still safe with Mutual Wealth.

**Kind Regards,**

*Mitchelle Msithini*
*Senior Investment Advisor*
*MWF Financial Limited*
*Cyprus*
*+357 25 030472 ext 9045*
*m.msithini@mutualwealth.com*

Exhibit 8 Page 27

# EXHIBIT 9

**From:** Helen Miller [mailto:wire@mutualwealth.com]
**Sent:** 26 July 2013 12:22 PM
**To:** Leon .
**Subject:** Re: Changing banking details

Dear Leon,

Just to inform you that we have restructured Hullstar Capital LLP and it is now doing business under a different name with different account details. It is still the same bank. The bank details are below:

Beneficiary: Risort Partners Inc.
Beneficiary address: 12 Avenue Pasteur, 98000, Monaco

Bank name: Rietumu Bank
Bank address: Vetesas St. 7, Riga, Latvia

SWIFT Code: RTMBLV2X

Account Number/IBAN:                    803

Payment Details \ Special Instructions \ Information for the Beneficiary: (Please specify exactly as written): CAPITAL INVESTMENT. Reference # Client Subscriber ID

Risort Partners Inc., Hullstar Capital Llp and MWF Financial Ltd are parts of Fleet Mutual Wealth Group. Bank wires are directed two one of the companies part of Fleet Mutual Wealth Group for cash management and internal audit considerations.

--
*Helen Miller*
*Wire Transfer Department*
*MWF Financial Limited*
*Hong Kong*
*wire@mutualwealth.com*

*This e-mail message is confidential and for use by the addressee only. If the message is received by anyone other than the addressee, please return the message to the sender by replying to it and then delete the message from your computer. This e-mail may also be legally privileged and any unauthorized use may be unlawful and result in civil and or criminal proceedings being taken against you. Internet e-mails are not necessarily secure. Fleet Mutual Wealth Limited does not accept responsibility for changes made to this message after it was sent.*

Exhibit 9 Page 28